Bryce C. Loveland, Esq.
Nevada Bar No. 10132
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: bcloveland@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY BOYLE,<br><br>Defendant. | Case No.: 2:25-cv-02248-JCM-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

///

///

///



BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, the Board of Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada, by and through its counsel of record, Bryce C. Loveland, Esq., and William D. Nobriga, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant, Gary Boyle, representing himself *pro se*, hereby stipulate and agree to a dismissal with prejudice of any and all claims in the above-captioned litigation. Each party shall bear their own costs, expenses, and attorney's fees.

Submitted by:

Dated: July 27, 2026

DEFENDANT, PRO SE

Gary Boyle
539 North Valley View Drive
Wichita, KS 67212

*Pro Se Defendant*

Dated: July 27, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP

Bryce C. Loveland, Nev. Bar No. 10132
William D. Nobriga, Nev. Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: September 1, 2026



BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101